In the Matter of the CITY OF NEW YORK, Appellant and Respondent, Relative to Acquiring Title to Real Property Bounded by Morris Park Avenue and Other Streets, in the Borough of The Bronx, Selected as a Site for a New General Hospital and a New Tuberculosis Hospital. MARIE CINELLI, Respondent and Appellant.

Submitted November 17, 1952; decided December 5, 1952.

*Anthony Romano* for motion.

*Denis M. Hurley*, Corporation Counsel (*Harry E. O'Donnell, Reuben Levy* and *Joseph J. Dunn* of counsel), opposed.

Motion denied, with $10 costs.